AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHIPPLE, HAROLD D. | Western District of Missouri | 08/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Inactive Senior Judge Status) | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>06/18/2019 |

**7. Chambers or Office Address**

8462 Chas. Evans Whittaker Crt
400 East 9th Street
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Missouri Judges Retirement System - Pension | $49,209.00 |
| 2. | 2019 | Missouri Judges Retirement System - Pension | $24,600.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 2. Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 3. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 4. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 5. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 6. Ally Demand Notes | A | Interest | L | T | | | | | |
| 7. Bank of America Accounts | A | Interest | N | T | | | | | |
| 8. | | | | | | | | | |
| 9. Vanguard Developed Markets Index | B | Dividend | K | T | | | | | |
| 10. | A | Dividend | | | Sold (part) | 05/24/19 | J | | |
| 11. Vanguard Institutional Index | B | Dividend | L | T | | | | | |
| 12. | A | Dividend | | | Sold (part) | 05/24/19 | J | | |
| 13. Dimensional Fund Advisors Investment Dimensions Group | E | Dividend | M | T | Buy (add'l) | 02/01/18 | K | | |
| 14. | | | | | Sold (part) | 02/12/18 | J | | |
| 15. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 16. | | | | | Buy (add'l) | 07/24/18 | K | | |
| 17. | | | | | Sold (part) | 08/15/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 19. | | | | | Sold (part) | 09/11/18 | K | | |
| 20. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 21. | | | | | Sold (part) | 12/31/18 | L | | |
| 22. | A | Dividend | M | T | Sold (part) | 02/13/19 | J | | |
| 23. | | | | | Sold (part) | 05/24/19 | K | | |
| 24. IRA #1 | D | Dividend | N | T | | | | | |
| 25. -- AIM Invesco European Growth Fund CL A | B | Dividend | K | T | | | | | |
| 26. -- AIM Invesco American Franchise CL A | C | Dividend | L | T | | | | | |
| 27. --AIM Invesco Moderate Allocation CL A | D | Dividend | M | T | | | | | |
| 28. Vanguard Index Funds Grw Idx Signal | B | Dividend | L | T | | | | | |
| 29. | A | Dividend | | | Sold (part) | 05/24/19 | J | | |
| 30. First State Community Bank Accounts | A | Interest | M | T | | | | | |
| 31. Academy Bank | B | Interest | M | T | | | | | |
| 32. Federated High-Yield Bond | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 33. | A | Dividend | J | T | | | | | |
| 34. Vanguard Short-Term Inv. Grade | B | Dividend | L | T | Buy (add'l) | 02/09/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/26/18 | L | | |
| 36. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 37. | | | | | Buy (add'l) | 12/12/18 | K | | |
| 38. | A | Dividend | | | Buy (add'l) | 05/14/19 | J | | |
| 39. | A | Dividend | | | Buy (add'l) | 01/04/19 | K | | |
| 40. | | | | | Buy (add'l) | 03/18/19 | K | | |
| 41. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 42. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 43. Vanguard Int-Term Inv. Grade | A | Dividend | K | T | Sold (part) | 06/05/18 | J | | |
| 44. Aberdeen Emerging Mkts | | None | | | Sold (part) | 02/01/18 | K | | |
| 45. | | | | | Sold | 07/24/18 | K | | |
| 46. Eaton Vance Floating | D | Dividend | M | T | Buy (add'l) | 02/09/18 | J | | |
| 47. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 48. | | | | | Buy (add'l) | 07/11/18 | M | | |
| 49. | | | | | Sold (part) | 07/11/18 | M | | |
| 50. | | | | | Buy (add'l) | 09/13/18 | K | | |
| 51. | | | | | Buy (add'l) | 11/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WHIPPLE, HAROLD D.** | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 07/11/18 | M | | |
| 53. | | | | | Sold (part) | 12/19/18 | M | | |
| 54. | B | Dividend | M | T | Sold (part) | 01/04/19 | K | | |
| 55. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 56. Fidelity Contrafund Inc. | A | Dividend | J | T | Sold (part) | 02/01/18 | J | | |
| 57. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 58. | A | Distribution | | | Sold (part) | 05/10/19 | J | | |
| 59. MFS Int'l New Discovery | A | Dividend | J | T | Sold (part) | 02/12/18 | J | | |
| 60. | | | | | Sold (part) | 08/15/18 | J | | |
| 61. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 62. | | | | | Buy (add'l) | 02/20/19 | J | | |
| 63. | | | | | Sold (part) | 05/10/19 | J | | |
| 64. Matthews Pacific Tiger Fund | A | Dividend | L | T | Buy (add'l) | 02/08/18 | K | | |
| 65. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 66. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 68. | | | | | Sold (part) | 05/10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oakmark International | A | Dividend | | | Buy (add'l) | 02/07/18 | J | | |
| 70. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 71. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 72. | | | | | Sold | 12/24/18 | J | | |
| 73. PIMCO Real Return | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 74. | | | | | Sold (part) | 11/08/18 | J | | |
| 75. | | | | | Sold | 12/12/18 | K | | |
| 76. Boston Partners Boston Partners Long/Short Research FD CL 1 | | None | L | T | Sold (part) | 02/07/18 | J | | |
| 77. Vanguard Total Stock | B | Dividend | L | T | Buy (add'l) | 02/20/18 | J | | |
| 78. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 79. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 80. | A | Dividend | | | Sold (part) | 05/10/19 | J | | |
| 81. AQR Multi Strategy Alternative FD I | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 82. | | | | | Sold | 03/19/18 | J | | |
| 83. Fidelity Blue Chip Growth Fund | D | Dividend | K | T | Buy (add'l) | 02/02/18 | J | | |
| 84. | | | | | Sold (part) | 02/12/18 | J | | |
| 85. | | | | | Buy (add'l) | 03/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 87. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 88. | | | | | Sold (part) | 05/10/19 | J | | |
| 89. Bank Liberty (Bank Account) | A | Interest | M | T | | | | | |
| 90. Duluth MN Txbl-Arpt Impt-Ser C DTD | B | Interest | K | T | | | | | |
| 91. | A | Interest | K | T | | | | | |
| 92. Eaton Vance Global Macro Absolute Return Advantage FD CL 1 | | None | | | Buy (add'l) | 02/09/18 | J | | |
| 93. | | | | | Sold (part) | 07/24/18 | K | | |
| 94. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 95. | | | | | Sold (part) | 09/13/18 | J | | |
| 96. | | | | | Sold (part) | 11/08/18 | J | | |
| 97. | | | | | Sold | 12/18/18 | J | | |
| 98. New York State Urban Dev Corp Revenue Txbl-Ser B DTD | B | Interest | L | T | | | | | |
| 99. | A | Interest | L | T | | | | | |
| 100. Principal Midcap Fund Instl CL | C | Dividend | J | T | Sold (part) | 02/01/18 | J | | |
| 101. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 102. | | | | | Buy (add'l) | 03/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 104. | | | | | Buy (add'l) | 11/18/18 | J | | |
| 105. | | | | | Sold (part) | 05/10/19 | J | | |
| 106. Vanguard Mid Cap Index FD Inst | A | Dividend | K | T | Sold (part) | 02/01/18 | J | | |
| 107. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 108. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 109. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 110. | | | | | Buy (add'l) | 11/18/18 | J | | |
| 111. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 112. | A | Dividend | | | Sold (part) | 05/10/19 | J | | |
| 113. Vanguard Small Cap Index FD ADM Shares | A | Dividend | J | T | Sold (part) | 02/01/18 | J | | |
| 114. | | | | | Sold (part) | 02/12/18 | J | | |
| 115. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 116. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 117. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 118. | | | | | Buy (add'l) | 11/18/18 | J | | |
| 119. | | | | | Buy (add'l) | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | Dividend | | | Sold (part) | 05/10/19 | J | | |
| 121. Central Fund of Canada LTD CL A (See VIII for exchange info) | A | Dividend | | | Sold | 12/12/18 | J | | |
| 122. FDIC Insured Money Market Program | A | Interest | L | T | Buy (add'l) | 01/02/18 | J | | |
| 123. | | | | | Sold (part) | 01/22/18 | J | | |
| 124. | | | | | Buy (add'l) | 02/01/18 | M | | |
| 125. | | | | | Sold (part) | 02/21/18 | M | | |
| 126. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 127. | | | | | Sold (part) | 03/19/18 | K | | |
| 128. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 129. | | | | | Sold (part) | 04/20/18 | J | | |
| 130. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 131. | | | | | Sold (part) | 05/22/18 | J | | |
| 132. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 133. | | | | | Sold (part) | 06/20/18 | J | | |
| 134. | | | | | Buy (add'l) | 07/05/18 | K | | |
| 135. | | | | | Sold (part) | 07/20/18 | L | | |
| 136. | | | | | Buy (add'l) | 08/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 08/21/18 | J | | |
| 138. | | | | | Buy (add'l) | 09/05/18 | K | | |
| 139. | | | | | Sold (part) | 09/20/18 | K | | |
| 140. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 141. | | | | | Sold (part) | 10/22/18 | J | | |
| 142. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 143. | | | | | Sold (part) | 11/20/18 | J | | |
| 144. | | | | | Buy (add'l) | 12/03/18 | L | | |
| 145. | | | | | Sold (part) | 12/20/18 | K | | |
| 146. | B | Interest | L | T | Buy (add'l) | 01/07/19 | J | | |
| 147. | | | | | Sold (part) | 01/23/19 | J | | |
| 148. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 149. | | | | | Sold (part) | 03/20/19 | J | | |
| 150. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 151. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 152. | | | | | Sold (part) | 04/22/19 | J | | |
| 153. | | | | | Buy (add'l) | 05/13/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/21/19 | K | | |
| 155. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 156. | | | | | Sold (part) | 06/03/19 | J | | |
| 157. IShares Comex Gold Trust | | None | J | T | Buy (add'l) | 02/12/18 | J | | |
| 158. | | | | | Sold (part) | 12/19/18 | J | | |
| 159. Las Cruces NM ST Shared Gross Receipts Tax Revenue | A | Interest | K | T | | | | | |
| 160. | A | Interest | K | T | | | | | |
| 161. Vanguard Inflation Protected Sec FD ADM Shared | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 162. | | | | | Sold (part) | 02/26/18 | L | | |
| 163. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 164. | | | | | Buy (add'l) | 12/12/18 | K | | |
| 165. WCM Focused Intl Growth FD CL 1 | A | Dividend | K | T | Sold (part) | 02/12/18 | J | | |
| 166. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 167. | | | | | Sold (part) | 08/15/18 | J | | |
| 168. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 169. | | | | | Sold (part) | 05/10/19 | J | | |
| 170. H Dean Whipple IRA | D | Int./Div. | M | T | Distributed (part) | 02/18/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Abbott Labs DTD 11/22/2016 3.4% 11/30/2023-2023 | A | Interest | | | Redeemed | 10/29/18 | J | | |
| 172. Anheuser-Busch Inbev DTD 07/16/2012 2.5% 07/15/2022 | B | Interest | K | T | | | | | |
| 173. | A | Interest | K | T | | | | | |
| 174. Chevron Corp DTD 03/03/2015 1.961% 03/03/2020-2020 | A | Interest | | | Sold | 07/25/18 | K | | |
| 175. Doubleline Flexible Income FD CL 1 | A | Dividend | | | Buy | 02/09/18 | J | | |
| 176. | | | | | Buy (add'l) | 07/24/18 | J | | |
| 177. | | | | | Sold (part) | 09/13/18 | J | | |
| 178. | | | | | Sold (part) | 11/08/18 | J | | |
| 179. | | | | | Sold | 12/20/18 | J | | |
| 180. JPMorgan Hedged Equity FD CL 1 | B | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 181. | | | | | Buy (add'l) | 03/27/18 | K | | |
| 182. | | | | | Buy (add'l) | 07/24/18 | K | | |
| 183. | | | | | Buy (add'l) | 08/15/18 | K | | |
| 184. | | | | | Sold (part) | 09/13/18 | K | | |
| 185. | | | | | Sold (part) | 11/08/18 | K | | |
| 186. | | | | | Sold (part) | 12/24/18 | K | | |
| 187. JPMorgan Hedged Equity FD CL R6 (f/k/a JPMorgan Hedged Equity FD CL 1) | A | Dividend | K | T | Sold (part) | 05/10/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. PIMCO All Asset All Authority Fund Instl Shrs | A | Dividend | | | Buy (add'l) | 02/09/18 | J | | |
| 191. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 192. | | | | | Sold (part) | 07/24/18 | J | | |
| 193. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 194. | | | | | Sold (part) | 09/13/18 | J | | |
| 195. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 196. | | | | | Sold | 12/27/18 | J | | |
| 197. Vanguard Interm Term Tax Exempt FD Adm Shrs | A | Dividend | K | T | Buy (add'l) | 02/09/18 | K | | |
| 198. | | | | | Buy (add'l) | 07/24/18 | J | | |
| 199. | A | Dividend | | | | | | | |
| 200. Vanguard Short Term Inflation Protected Adm | A | Dividend | K | T | Buy (add'l) | 02/09/18 | J | | |
| 201. | | | | | Buy (add'l) | 11/08/18 | K | | |
| 202. | | | | | Buy (add'l) | 12/12/18 | K | | |
| 203. X-Trackers Msci Eafe Hedged Equity ETF | A | Dividend | K | T | Sold (part) | 02/01/18 | J | | |
| 204. | | | | | Buy (add'l) | 02/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 02/21/18 | J | | |
| 206. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 207. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 208. | | | | | Sold (part) | 05/13/19 | J | | |
| 209. Federated Ultra-Short Bond | A | Dividend | M | T | Buy (add'l) | 02/26/18 | L | | |
| 210. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 211. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 212. | B | Dividend | | | Sold (part) | 06/05/19 | K | | |
| 213. Dodge & Cox Income FD | A | Dividend | J | T | Buy | 12/07/18 | J | | |
| 214. | | | | | Sold (part) | 01/02/19 | J | | |
| 215. Doubleline Core Fixed Income FD CL 1 (x) | A | Dividend | | | Buy | 06/05/18 | J | | |
| 216. | | | | | Sold | 12/12/18 | J | | |
| 217. JPMorgan Hedged Equity FD CL R6 (x) | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. MFS Int'l Growth FD CL R6 (x) | | None | K | T | Buy | 02/13/19 | K | | |
| 221. | | | | | Sold (part) | 05/10/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Royce Intl Premier Fund Instl CL (x) | | None | K | T | Buy | 12/24/18 | K | | |
| 223. | | | | | Sold (part) | 05/10/19 | J | | |
| 224. Schwab US Dividend Equity ETF (x) | A | Dividend | K | T | Buy | 12/26/18 | K | | |
| 225. | A | Dividend | | | Buy (add'l) | 01/03/19 | K | | |
| 226. | | | | | Sold (part) | 05/28/19 | J | | |
| 227. SPDR Gold Trust (x) | | None | J | T | Buy | 01/31/18 | J | | |
| 228. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 229. | | | | | Sold (part) | 12/06/18 | J | | |
| 230. | | | | | Sold (part) | 01/03/19 | K | | |
| 231. T Rowe Price Institutional Floating Rate FD (x) | | None | M | T | Buy | 12/19/18 | M | | |
| 232. | B | Dividend | | | Sold (part) | 03/18/19 | L | | |
| 233. T Rowe Price Small Cap Stock FD CL 1 (x) | | None | M | T | Buy | 12/24/18 | M | | |
| 234. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 235. | | | | | Sold (part) | 05/10/19 | J | | |
| 236. Vanguard Equity Income FD Adm Shrs (x) | A | Dividend | J | T | Buy | 09/13/18 | K | | |
| 237. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 238. | | | | | Buy (add'l) | 12/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 08/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | A | Dividend | | | Sold (part) | 05/10/19 | J | | |
| 240. Vanguard GNMA FD Adm Shrs (x) | | None | K | T | Buy | 12/16/18 | K | | |
| 241. | A | Dividend | | | Buy (add'l) | 01/04/19 | J | | |
| 242. | | | | | Buy (add'l) | 03/18/19 | K | | |
| 243. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 244. | | | | | Buy (add'l) | 06/05/19 | K | | |
| 245. Vanguard Growth Vipers (x) | A | Dividend | J | T | Buy | 11/09/18 | J | | |
| 246. | A | Dividend | | | Sold (part) | 05/13/19 | J | | |
| 247. Vanguard Small Cap Growth (x) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 248. | | | | | Sold (part) | 03/05/19 | J | | |
| 249. Vanguard Ultra Short Term Bond FD Adm (x) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 250. | | | | | Buy (add'l) | 03/18/19 | K | | |
| 251. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 252. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 253. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WHIPPLE, HAROLD D.** | 08/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 121: Central Fund of Canada LTD CL A on 01/18/18 exchange for Sprott Physical Gold & Silver Trust

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HAROLD D. WHIPPLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544